[No. 30452-6-I.   Division One.   December 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE
ARENAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-8-07557-5, George T. Mattson, J., entered March 17, 1992. Restitution order *vacated* by unpublished per curiam opinion.

[No. 29850-0-I.   Division One.   December 30, 1993.]

*In the Matter of the Marriage of* KATHARINE S. GWINN,
*Respondent, and* STEPHEN M. GWINN,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-3-07677-0, Norman W. Quinn, J., entered December 20, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Coleman and Forrest, JJ.

[No. 31410-6-I.   Division One.   December 30, 1993.]

CLIFFORD STANLEY FINCH, *Appellant*, v. TEXACO REFINING
AND MARKETING, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 89-2-00101-5, Gilbert E. Mullen, J., entered December 26, 1991. *Remanded with instructions* by unpublished opinion per Grosse, J., concurred in by Forrest and Kennedy, JJ.